1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
   Fax: (562)868-5491
4  E-Mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   BENJAMIN NOBLE

6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN NOBLE ) | Case No.: 1:14-cv-00235-GSA |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties filed as Doc. No. 14, the Court extends the time, nunc pro tunc, for Plaintiff to file his Opening Brief. Accordingly, Plaintiff shall file his Opening Brief on or before November 19, 2014.  Other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

   Dated:   **October 23, 2014**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE