Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Benjamin Noble

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| BENJAMIN NOBLE, | ) Case No.: 1:14-cv-00235-GSA |
| Plaintiff, | ) ORDER RE. STIPULATION OF ) DISMISSAL |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) (Doc. 16) |
| Defendant. | ) |

Pursuant to the parties' stipulation of dismissal filed as Doc. 16, this action is DIMISSED with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and 41(a)(1)(B), each party to bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**

**Dated: November 13, 2014**         /s/   **Gary S. Austin**
                                  **United States Magistrate Judge**

-1-